UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                    :

CAZE D. THOMAS,                          :

                                      :

                         Plaintiff,      :          23-CV-10013 (VSB)

                                        :

            -against-                 :

                                        :

UNIVERSAL MUSIC GROUP, *et al.*,        :

                                        :

                     Defendant.  :           **ORDER**

                                        :
------------------------------------------------------------ X
                                      :

CAZE D. THOMAS,                          :

                                      :

                                      :

                         Plaintiff,      :          24-CV-2222 (VSB)

                                        :

            -against-                 :

                                        :

UNIVERSAL MUSIC GROUP, *et al.*,        :

                                        :

                     Defendant.  :

                                        :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's March 19, 2024, letter motion in *Thomas v. Universal Music Group et al.*, case No. 23-CV-10013, in which he requests leave to amend to his Complaint to add copyright infringement claims against Justin Bieber as an additional defendant.  (Doc. 8.) Plaintiff has also brought a separate action, *Thomas v. Universal Music Group et al.*, case No. 24-CV-2222, in which he asserts the identical copyright infringement claims against Justin Bieber and Universal Music Group.  Accordingly, it is hereby:

      ORDERED that pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff's motion to

amend his Complaint in *Thomas v. Universal Music Group et al.*, case No. 23-CV-10013 is

GRANTED.

IT IS FURTHER ORDERED that because these matters involve common questions of

law and fact such that consolidation is in the interests of efficiency and judicial economy,

*Thomas v. Universal Music Group et al.*, case No. 24-CV-2222, is consolidated with and into

*Thomas v. Universal Music Group et al.*, case No. 23-CV-10013 pursuant to Rule 42(a) of the

Federal Rules of Civil Procedure.

The Clerk of Court is respectfully directed to terminate the open motion in case No. 23-

CV-10013 at Doc. 8, to consolidate cases Nos. 24-CV-2222 and 23-CV-10013, and to mail a

copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:     April 3, 2024
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge