UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
         :
CAZE D. THOMAS,         :
         :
       Plaintiff,   :
         :     23-CV-10013 (VSB)
   -v-    :
         :     <u>ORDER</u>
UNIVERSAL MUSIC GROUP, *et al.*,  :
         :
      Defendants.  :
         :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge:</u>

    I am in receipt of Defendants' motion to dismiss the Complaint. (Doc. 19.) To date, I have not received Plaintiff's brief in opposition to Defendants' motion to dismiss, despite such opposition being due on or before August 8, 2024. *See* Local Civil Rule 6.1(b) and Fed. R. Civ. P. 6(d). If Plaintiff does not submit an opposition to Defendants' motion by August 30, 2024, I will consider Defendants' motion unopposed, and will decide the motion without the benefit of Plaintiff's opposition.

    The Clerk's Office is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:   August 16, 2024
         New York, New York

                                                                   _____
                                                                     VERNON S. BRODERICK
                                                                     United States District Judge